UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

ANNETTE LAURIE,            )
                           )
       Plaintiff           )
                           )    Case 2:11-0116
v.                         )    Judge Sharp/Brown
                           )    **Jury Demand**
JACQUELINE KRAFT,          )
                           )
       Defendant/          )
       Counterclaimant     )

## O R D E R

The Plaintiff in this matter has filed a motion for partial summary judgment (Docket Entry 22). This motion must be refiled in accordance with Local Rule 56.01. There should be a motion, a separate memorandum of law, and a separate and concise statement of facts as required by this Rule.

In addition, the motion has attached to it exhibits listed as Exhibits listed A through H. In accordance with the ECF instruction manual, attachments should have a descriptive topic supplied with them. For example, Attachment 1 should have a short description of what it actually is. If counsel has difficulties the ECF system, he should contact the help desk for guidance.

Once the motion is refiled the Plaintiff will have 21 days within which to respond.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge